United States District Court
for the Southern District of Texas

| | | |
|---|---|---|
| CARLOS EMILIANO SANCHEZ; <br> CLAUDIA PAULINA SANCHEZ, <br> *Plaintiffs*, <br><br> v. <br><br> MARCO RUBIO, U.S. Secretary of State, <br> *Defendant*. | § § § § § § § § § § § | <br><br><br><br> Civil Action No. 7:23-CV-057 <br><br> **NOTICE OF APPEAL** |

Carlos Emiliano Sanchez and Claudia Paulina Sanchez appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment entered on January 23, 2025, as well as the district court's denial of their motion to alter or amend the judgment, entered on April 16, 2025.

DATED: April 25, 2025.

Respectfully submitted,

By: /s/ Jaime Diez

JAIME DIEZ
Attorney at Law
Jones & Crane

Texas State Bar Number 00783966
Southern District of Texas No. 23198

PO BOX 3070
Brownsville, Texas 78523
Telephone: (956) 544-3565
Fax: (956) 550-0006